# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-20045-CIV-HUCK/WHITE

DWIGHT D. NIXON,

      Petitioner,

vs.

SHARHONDA BROWN, et al.,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ALLOWING CASE TO PROCEED AGAINST DEFENDANT BROWN IN HER INDIVIDUAL CAPACITY AND DISMISSING DEFENDANT RYAN

THIS CAUSE comes before the Court upon Petitioner's civil rights complaint filed pursuant to 42 U.S.C. § 1983, filed on January 8, 2009 [D.E. #1].  The Honorable Patrick A. White, United States Magistrate Judge, issued a Report and Recommendation on March 2, 2009 [D.E. #8] pursuant to the court's obligation under 28 U.S.C. §1915(e)(2) to review the complaint to determine whether the complaint states a claim (the "Report").  The Report recommended: (i) that defendant Ryan be dismissed as a party to this action pursuant to  28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief can be granted and (ii) the Complaint proceed against defendant Brown in her individual capacity.

Petitioner Nixon has not objected to the Report, so he is not challenging the factual findings contained in it.  Further, Petitioner Nixon filed a document entitled "Pro Se Complaint" on March 13, 2009 [D.E. #11] that states that the Petitioner agrees with the Report and requesting dismissal of defendant Ryan as a party to this action and that the Complaint proceed against defendant Brown in her individual capacity.

The Court has independently reviewed the Report and Recommendation, Petitioner's "Pro Se Complaint" and the record.  Being otherwise duly advised, the Court adopts the findings of fact

and conclusions as in the report.

Accordingly, it is hereby ORDERED AND ADJUDGED that the Report is ADOPTED, defendant Ryan is dismissed as a party to this action pursuant to 28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief can be granted and the action shall proceed against defendant Brown in her individual capacity.

DONE AND ORDERED in chambers, Miami, Florida, March 19, 2009.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record

Dwight D. Nixon, #07-0102153
13850 NW 41st Street
Miami, FL 33178