UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20045-CIV-HUCK/WHITE

DWIGHT D. NIXON,

    Plaintiff,

vs.

SHARHONDA BROWN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Defendant's Motion to Dismiss (D.E. #21), filed on August 10, 2009. On September 18, 2009, the Honorable Patrick A. White, United States Magistrate Judge, issued a Report and Recommendation (D.E. #22). The Report recommended:

1. that the Defendant's Motion to Dismiss be granted, in part, to the extent that Plaintiff is foreclosed under 42 U.S.C. § 1997e(e) from recovery of compensatory or punitive damages, and to the extent that Plaintiff's release has rendered moot any claims by Plaintiff for declaratory or injunctive relief; and that the Defendant's motion otherwise be denied; and

2. that the complaint remain pending on Plaintiff's claim that Brown abridged his right to Free Exercise of his religious beliefs by preventing him from worshiping, and by confiscating his Kufi cap, as alleged in the complaint.

Neither party has objected to the Report and Recommendation. In its *de novo* review, the Court has reviewed the Report and Recommendation and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. As noted in the Report and Recommendation, further factual development is required before the Court can determine the validity of the Defendant's defense of qualified immunity or the Defendant's argument that the complaint is barred under 42 U.S.C. § 1997e(e) for failure to exhaust available

administrative remedies. These issues may therefore be decided upon a motion for summary judgment after an appropriate record is developed, rather than at this stage in the proceedings. Accordingly, it is hereby

    ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, and the Defendant's Motion to Dismiss is GRANTED IN PART and DENIED IN PART.

    DONE AND ORDERED in chambers, Miami, Florida, October 14, 2009.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record

Dwight D. Nixon, *pro se*
1131 NW 184th Drive
Miami, FL 33169